USA-74-24B
(Rev. 05/01)

CRIMINAL DOCKET
SEALED

No. **15 CR 316**

HOUSTON DIVISION

USAO Number: 2015R13679
Magistrate Number:

CRIMINAL INDICTMENT

United States Courts
Southern District of Texas
FILED

Filed **JUN 10 2015**

David J. Bradley, Clerk of Court

Judge: **Gilmore**

UNITED STATES of AMERICA
VS.

ABRAM AARON LAWHORN

ATTORNEYS:
KENNETH MAGIDSON, USA        (713) 567-9000

Sherri Zack, AUSA            (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

CHARGE:
(TOTAL)
(COUNTS:)
( 3 )

Ct. 1: Distribution of Child Pornography [18 USC § 2252A(a)(2)(B) and 2252A(b)(1)]
Ct. 2: Receipt of Child Pornography [18 USC § 2252A(a)(2)(B) and 2252A(b)(1)]
Ct. 3: Possession of Child Pornography [18 USC § 2252A(a)(5)(B) 2252A(b)(2)]

PENALTY:
Ct. 1: Not less than 5 years up to 20 years imprisonment; up to $250,000 fine, at least 5 years up to life SRT; $100 SA.
Ct. 2: Not less than 5 years up to 20 years imprisonment; up to $250,000 fine, at least 5 years up to life SRT; $100 SA.
Ct. 3: Up to 10 years imprisonment; up to $250,000 fine, at least 5 years up to life SRT; $100 SA.

☐ In Jail
☐ On Bond
☑ No Arrest

NAME & ADDRESS
of Surety:

**Sealed** - Public and unofficial staff access to this instrument are prohibited by court order.

PROCEEDINGS: