**COURTROOM MINUTES:**
The Honorable Frances H. Stacy, Presiding
Deputy Clerk: Beverly White
Interpreter  None     ERO  G. Lyons  2:42 - 2:43
USPT/USPO  Yes                           OPEN  2:35  ADJOURN  2:40
☐ OTHER DISTRICT  ☐ DIVISION        THEIR CASE#

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
7-6-15
BY DEPUTY, CLERK

**PROCEEDING HELD:**
☑ Initial Appearance   ☐ Counsel Determination Hearing   ☐ Status Hearing
☐ Bond Hearing         ☐ Identity                        ☐ Hearing Continued on_____
☐ Detention Hearing    ☐ Preliminary Hearing             ☐ Other_____

CASE NUMBER  CR H- 15-316

USA VS.                                      AUSA  Sherri Zack
Abram Aaron Sawhorn                                Lindsay Bellinger

☑ Date of arrest  7-6-15                     ☐ Rule 5
☑ Defendant's first appearance, Advised of rights/charges on: ☑ Indictment /~~Complaint~~ ☐ Information ☐ Superceding
                                              Violation of ☐ Supervised Release ☐ PTS

☑ Defendant ☐ Material Witness appeared   ☑ with ☐ without counsel

☑ Defendant requests appointed counsel.   ☑ Financial Affidavit executed and sworn.
☑ Order appointing Federal Public Defender   ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.  ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel. _____

☐ Defendant_____bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant_____bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant_____bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Surety signatures required as to Defendant(s)_____
☐ Defendant(s)_____ advised of conditions of release
☐ BOND EXECUTED and Defendant _____ Released
☐ No bond set at this time. 10 day Detention Order entered, as to Defendant(s)_____
☑ Order of Temporary Detention Pending Hearing entered as to Defendant(s)_____
☐ Order of Detention Pending Trial entered as to Defendant(s)_____
☐ Bond revoked          ☐ Bond reinstated       ☐ Bond Continued
☑ Defendant _____ remanded to custody   ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

Defendant_____ Waiver of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause   ☐ Identity

☑ Defendant(s)_____ is/are scheduled on  7.7.15  at  10AM  for: Judge Stacy
   ☑ Arraignment      ☐ Counsel Determination Hearing   ☐ Identity Hearing
   ☑ Detention Hearing ☐ Preliminary Hearing            ☐ Final Revocation Hearing

Case Unsealed