United States District Court
Southern District of Texas
**ENTERED**
March 31, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**UNITED STATES OF AMERICA**

v.  Cr. No. H-15-0316

**ABRAM AARON LAWHORN**

### ORDER

The Court has considered the Third Unopposed Motion for Continuance, wherein counsel for Defendant, Abram Aaron Lawhorn, has represented that more time is needed to prepare pretrial motions, and prepare for trial, and that failure to grant a continuance would result in a miscarriage of justice. Based on the representations made in the Third Unopposed Motion for Continuance, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the Defendant, to a speedy trial. The Court also finds that pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in the miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation.

The Third Unopposed Motion for Continuance is therefore GRANTED. It is ORDERED that a period of excludable delay shall commence on, __March 30__, 2016, pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

Pretrial motions shall be filed by __May 20, 2016__.

Responses shall be filed by __May 30, 2016__.

A pretrial conference is set for __June 13, 2016__ at __9:30__ am.

Trial in this case is set for __June 20, 2016__ at __1:30__ pm.

SIGNED at Houston, Texas, on the __30th__ day of __March__ 2016.

_____
UNITED STATES DISTRICT JUDGE